# Exhibit A



5290621



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT AND DESIGNATION - OUT-OF-STATE STOCK CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 5290621
Date Filed: 10/13/2022

| Corporation Name | |
|---|---|
| Corporation Name | Tea Dating Advice Inc. |

| Jurisdiction | |
|---|---|
| This Corporation is Formed in | DELAWARE |

| Street Address of Principal Office of Corporation | |
|---|---|
| Principal Address | 201 SPEAR ST<br>STE 1100<br>SAN FRANCISCO, CA 94105 |

| Mailing Address of Corporation | |
|---|---|
| Mailing Address | 201 SPEAR ST<br>STE 1100<br>SAN FRANCISCO, CA 94105 |
| Attention | |

| Street Address of California Office of Corporation | |
|---|---|
| Street Address of California Office | 201 SPEAR ST<br>STE 1100<br>SAN FRANCISCO, CA 94105 |

| Agent for Service of Process | |
|---|---|
| California Registered Corporate Agent (1505) | LEGALINC REGISTERED AGENTS, INC.<br>Registered Corporate 1505 Agent |

**Consent to Service of Process**

The corporation irrevocably consents to service of process directed to the corporation upon the agent designated and to service of process on the Secretary of State if the agent designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

Consent under this paragraph extends to service of process directed to the out-of-state corporation's agent in this state for a search warrant issued pursuant to California Penal Code section 1524.2, or for any other validly issued and properly served search warrant, for records or documents that are in the possession of the out-of-state corporation and are located inside or outside of this state. This shall apply to a out-of-state corporation that is a party or a nonparty to the matter for which the search warrant is sought. "Properly served" means delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, or facsimile to a person or entity listed in California Corporations Code section 2110, or any other means specified by the out-of-state corporation, including, but not limited to, email or submission via an Internet Web portal that the out-of-state corporation has designated for the purpose of service of process.

**Electronic Signature**

☒  I am a corporate officer and am authorized to sign on behalf of the out-of-state corporation.

*Sean Cook*                                                  *10/13/2022*
Signature                                                    Date

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TEA DATING ADVICE INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWELFTH DAY OF OCTOBER, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "TEA DATING ADVICE INC." WAS INCORPORATED ON THE SEVENTH DAY OF OCTOBER, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

*Jeffrey W. Bullock, Secretary of State*

7073391  8300
SR# 20223752975
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204604813
Date: 10-12-22

B1172-5193 10/13/2022 9:04 AM Received by California Secretary of State