# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SOHA ELSAYED, | Case No. 2:25-cv-13321-RJW-KGA |
| Plaintiff, | Hon. Robert J. White<br>Magistrate Judge Kimberly G. Altman |
| v. | |
| JOHN DOE, an individual whose true identity is unknown; and TEA DATING ADVICE, INC., a corporation, | Removed from Wayne County Circuit Court<br>Case No: 25-011087-NO<br>Hon. Edward Ewell, Jr. |
| Defendants. | |

## **INDEX OF EXHIBITS**

Ex. A – Michigan Subpoenas

Ex. B – California Response