# Exhibit A

| STATE OF MICHIGAN | SUBPOENA | CASE NUMBER and JUDGE |
|---|---|---|
| **JUDICIAL DISTRICT** | **Order to Appear and/or Produce** | 25-011087-NO |
| Third **JUDICIAL CIRCUIT** | | Hon. 25-011087-NO |
| **COUNTY** | | |

| **Court address** | **Court telephone number** |
|---|---|

Police Report Number (if applicable):

| Plaintiff(s)/Petitioner(s) | | Defendant(s)/Respondent(s) |
|---|---|---|
| ☐ People of the State of Michigan ☑ Soha Elsayed | v | Nastassia Jouni |
| ☑ Civil          ☐ Criminal | | Charge |

In the matter of _____

In the Name of the People of the State of Michigan. TO:
Tea Dating Advice, Inc.

Legalinc Registered Agents, Inc.

500 N. Brand Blvd, Suite 890

If you require accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

## YOU ARE ORDERED TO:

☑ 1. **Appear personally at the time and place stated below:** You may be required to appear from time to time and day to day until excused.

| ☐ The court address above | ☑ Other: Dan Makled Law 23451 Ford Rd Dearborn, MI 48128 |
|---|---|
| Day Monday | Date July 21st, 2025 | Time 12:00 PM |

☐ 2. Testify at trial / examination / hearing.

☑ 3. ☑ Produce copies* of the following items: (Use additional pages if necessary.) (See Exhibit A) _____

_____

\*Note:  Requesting party must pay reasonable copying costs, which cannot be waived under MCR 2.002.

☐ Permit inspection or copying of the following items: (Use additional pages if necessary.) _____

_____

☐ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☐ 5. Testify at deposition.   ☐ The deposition will be visually recorded.

☐ 6. Abide by the attached prohibition against transferring or disposing of property. (MCL 600.6104(2), 600.6116, or 600.6119.)

☐ 7. Other: _____

_____

Approved, SCAO
Form MC 11, Rev. 10/24
MCL 600.1455, MCL 600.1701, MCL 600.6104, MCL 600.6110, MCL 600.6116,
MCL 600.6119, MCR 2.002, MCR 2.105, MCR 2.305, MCR 2.315(C)(1),
MCR 2.506
Page 1 of 2

Distribute form to:
Return          Defendant(s)/Respondent(s)
Witness
File
Plaintiff(s)/Petitioner(s)                    SRA

**Subpoena, Order to Appear and/or Produce**   (10/24)
Page 2 of 2

Case Number 25-011087-NO

☑ 8.

| Person requesting subpoena Daniel B. Makled (P78777) | | Telephone number 313-744-4878 |
|---|---|---|
| Address 23451 Ford Rd | | |
| City Dearborn | State MI | Zip 48128 |

**NOTE:** If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6, this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination below must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR TO APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

| Court use only |
|---|
| ☐ Served    ☐ Not served |

Judge/Clerk/Attorney signature and date

---

**AFFIDAVIT FOR JUDGMENT DEBTOR EXAMINATION**

I request that the court issue a subpoena that orders the party named on this form to be examined under oath before a

judge concerning the money or property of _____

for the following reasons: _____

_____

_____
Signature

Subscribed and sworn to before me on _____ .
Date

_____
Deputy clerk/Notary public signature

My commission expires on _____ .

_____
Name (type or print)

Notary public, State of Michigan, County of _____ . ☐ Acting in the County of _____ .
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Subpoena, Order to Appear and/or Produce   (10/24)                    Case Number  25-011087-NO

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the subpoena and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served     ☐ personally     ☐ by registered or certified mail, return receipt requested, and delivery restricted to the  addressee  (copy of return receipt attached)    a copy of the subpoena, together with any required fees and the attachments listed below, on:

☐ I have attempted to serve a copy of the subpoena, together with any required fees and the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the subpoena, together with any required fees and

_____ on _____ .
Attachments (if any)                                                    Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCR 2.105, MCR 2.107, MCR 2.305(A), MCR 2.506(G)

| STATE OF MICHIGAN | SUBPOENA | CASE NUMBER and JUDGE |
|---|---|---|
| **JUDICIAL DISTRICT** | **Order to Appear and/or Produce** | 25-011087-NO |
| Third **JUDICIAL CIRCUIT** | | |
| **COUNTY** | | Hon Edward Ewell |

| **Court address** | | **Court telephone number** |
|---|---|---|

Police Report Number (if applicable):

| Plaintiff(s)/Petitioner(s) | | Defendant(s)/Respondent(s) |
|---|---|---|
| ☐ People of the State of Michigan<br>☑ Soha Elsayed | v | John Doe |
| ☑ Civil    ☐ Criminal | | Charge |

In the matter of _____

In the Name of the People of the State of Michigan. TO:
Tea Dating Advice, Inc.

Legalinc Registered Agents, Inc.

500 N. Brand Blvd, Suite 890

If you require accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

## YOU ARE ORDERED TO:

☐ 1. **Appear personally at the time and place stated below:** You may be required to appear from time to time and day to day until excused.

| ☐ The court address above    ☐ Other: |
|---|

| Day<br>Monday | Date<br>July 28th, 2025 | Time<br>12:00 PM |
|---|---|---|

☐ 2. Testify at trial / examination / hearing.

☑ 3. ☑ Produce copies* of the following items: (Use additional pages if necessary.) _____

    See Exhibit A

    *Note:  Requesting party must pay reasonable copying costs, which cannot be waived under MCR 2.002.

    ☐ Permit inspection or copying of the following items: (Use additional pages if necessary.) _____

_____

☐ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☐ 5. Testify at deposition.    ☐ The deposition will be visually recorded.

☐ 6. Abide by the attached prohibition against transferring or disposing of property. (MCL 600.6104(2), 600.6116, or 600.6119.)

☐ 7. Other: _____

_____

Approved, SCAO
Form MC 11, Rev. 10/24
MCL 600.1455, MCL 600.1701, MCL 600.6104, MCL 600.6110, MCL 600.6116,
MCL 600.6119, MCR 2.002, MCR 2.105, MCR 2.305, MCR 2.315(C)(1),
MCR 2.506
Page 1 of 2

Distribute form to:
Return                                                  Defendant(s)/Respondent(s)
Witness
File
Plaintiff(s)/Petitioner(s)                                              SRA

**Subpoena, Order to Appear and/or Produce** (10/24)
Page 2 of 2

Case Number 25-011087-NO

☐ 8.

| Person requesting subpoena | Telephone number |
|---|---|
| Daniel B. Makled (P78777) | 313-744-4878 |

| Address | | |
|---|---|---|
| 23451 Ford Rd | | |

| City | State | Zip |
|---|---|---|
| Daerborn | MI | 48128 |

**NOTE:** If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6, this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination below must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR TO APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

| Court use only |
|---|
| ☐ Served    ☐ Not served |

_____
Judge/Clerk/Attorney signature and date

---

**AFFIDAVIT FOR JUDGMENT DEBTOR EXAMINATION**

I request that the court issue a subpoena that orders the party named on this form to be examined under oath before a

judge concerning the money or property of_____

for the following reasons:_____

_____
Signature

Subscribed and sworn to before me on _____ .
                                                    Date

_____
Deputy clerk/Notary public signature

My commission expires on _____ .

_____
Name (type or print)

Notary public, State of Michigan, County of_____ . ☐ Acting in the County of _____ .
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

Subpoena, Order to Appear and/or Produce   (10/24)                           Case Number  25-011087-NO

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the subpoena and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served     ☐ personally     ☐ by registered or certified mail, return receipt requested, and delivery restricted to the  addressee  (copy of return receipt attached)    a copy of the subpoena, together with any required fees and the attachments listed below, on:

☐ I have attempted to serve a copy of the subpoena, together with any required fees and the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|------|--------------------------|
| Place or address of service | |
| Attachments (if any) | |

I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | | Signature |
|---|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | **TOTAL FEE**<br>$ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the subpoena, together with any required fees and

_____ on _____ .
Attachments (if any)                                                        Date and time

_____ on behalf of _____
Signature

_____
Name (type or print)

MCR 2.105, MCR 2.107, MCR 2.305(A), MCR 2.506(G)

**ATTACHMENT TO SUBPOENA**

**PLEASE PROVIDE THE FOLLOWING ON THE FOLLOWING SCREEN NAMES:**

**BABES123**

**GIRLYPOPSUMMER**

**MAGICQUEEN10**

- Subscriber and account registration information for each of the listed screen names, including:
  Full legal name
  Date of birth
  Gender
  Email addresses
  Phone numbers
  IP addresses used at registration
  Device identifiers (IMEI, IMSI, UDID, MAC address)
  Physical address if provided
- All uploaded photographs and selfies associated with account creation, verification, or use, including any metadata.
- All available identifying information captured during selfie or facial verification (including timestamps and location data, if available).
- Login history and IP address logs including:
  Date and time of login/logout activity
  IP addresses used
  Device types and operating systems
- All communication and posting history by the above accounts, including:
  All posted comments, messages, or public/private content
  Timestamps of each message or post
  Screenshots of user profiles (if accessible internally)
- All internal reports or moderation logs involving these usernames, including flagged or reported content.
- All stored direct messages sent or received by these users during the relevant time period.
- Any deleted content or messages associated with these accounts, to the extent available.
- Screenshot-blocking or screen-recording metadata, including any logs or attempts to bypass these features if detected.
- A legend or guide explaining any codes or abbreviations used in the production.