# EXHIBIT A



Daniel Makled <dmakled@makledlaw.com>

## Follow-Up and Formal Request for Account Information – Soha Elsayed Matter

**Daniel Makled** <dmakled@makledlaw.com>  Thu, Jul 17, 2025 at 2:16 PM
To: Tea Support <support@teaforwomen.com>

Here is the updated subpoena see attached.
[Quoted text hidden]

 **Soha - Corrected Subpoena.pdf**
257K

**SUBP-030**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel B. Makled<br>23451 Ford Rd<br>Dearborn, MI 48128<br>TELEPHONE NO.: 313-744-4878    FAX NO. (Optional): 313-447-3860<br>E-MAIL ADDRESS (Optional): dmakled@makledlaw.com<br>ATTORNEY FOR (Name): Soha Elsayed | |

Court for county in which discovery is to be conducted:
SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: Stanley Mosk Courthouse
MAILING ADDRESS: 111 N. Hill St
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

Court in which action is pending:
Name of Court: Wayne County Circuit Court, Michigan
STREET ADDRESS: 2 Woodward Ave
MAILING ADDRESS:
CITY, STATE, AND ZIP CODE: Detroit, Michigan 48226
COUNTRY: USA

PLAINTIFF/PETITIONER: Soha Elsayed

DEFENDANT/RESPONDENT: John Doe

CALIFORNIA CASE NUMBER (if any assigned by court):

**APPLICATION FOR DISCOVERY SUBPOENA
IN ACTION PENDING OUTSIDE CALIFORNIA**

CASE NUMBER (of action pending outside California):
25-011087-NO

1. Applicant (name): Soha Elsayed                                                is (check one):
   [✓] Plaintiff    [ ] Petitioner    [ ] Defendant    [ ] Respondent    [ ] Other (specify):
   in the above action.

2. Applicant requests that this court issue a subpoena for discovery under Code of Civil Procedure sections 2029.100 – 2029.900 to (name and address of deponent or person in control of property):
   Tea Dating Advice, Inc. c/o Legalinc Registered Agents, Inc. 500 N. Brand Blvd, Suite 890 Glendale, CA 91203

3. Attached is (check one): [ ] the original  [✓] a true and correct copy  of the document from the court in which the action is pending that requires the person in 2 to (check all that apply):
   a. [ ] attend and give testimony at a deposition;
   b. [✓] produce and permit inspection and copying of designated materials, information, or tangible things in the possession, custody, or control of the deponent;
   c. [ ] permit the inspection of premises under the control of the deponent.

4. Applicant submits with this application a proposed subpoena that includes terms identical to those in the document from the out-of-state court. (Code of Civil Procedure section 2029.300(d).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶  _____
(TYPE OR PRINT NAME)                            (SIGNATURE OF ATTORNEY OR PARTY WITHOUT ATTORNEY)

**Note:** This application must be accompanied by the fee specified in Government Code section 70626. A discovery subpoena must be personally served on the deponent in compliance with California law, including Code of Civil Procedure section 1985.

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-030 [New January 1, 2010]

**APPLICATION FOR DISCOVERY SUBPOENA
IN ACTION PENDING OUTSIDE CALIFORNIA**

Page 1 of 1
Code of Civil Procedure §§ 2029.100–900
www.courtinfo.ca.gov

| STATE OF MICHIGAN | | | |
|---|---|---|---|
| Third JUDICIAL DISTRICT JUDICIAL CIRCUIT COUNTY | | **SUBPOENA** Order to Appear and/or Produce | **CASE NUMBER and JUDGE** 25-011087-NO Hon Edward Ewell |

Court address

Police Report Number (if applicable):            Court telephone number

Plaintiff(s)/Petitioner(s)
☐ People of the State of Michigan
☑ Sona Elsayed

v

Defendant(s)/Respondent(s)
John Doe

☑ Civil     ☐ Criminal     Charge

In the matter of _____

In the Name of the People of the State of Michigan, TO:
Tea Dating Advice, Inc.
Legalinc Registered Agents, Inc.
500 N. Brand Blvd, Suite 890

If you require accommodations to use the court because of a disability, or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**YOU ARE ORDERED TO:**

☐ 1. Appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused.

☐ The court address above     ☐ Other:

| Day | Date | Time |
|---|---|---|
| Monday | July 28th, 2025 | 12:00 PM |

☐ 2. Testify at trial / examination / hearing.

☑ 3. Produce copies* of the following items: (Use additional pages if necessary.)
See Exhibit A

*Note: Requesting party must pay reasonable copying costs, which cannot be waived under MCR 2.002.

☐ Permit inspection or copying of the following items: (Use additional pages if necessary.)

☐ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☐ 5. Testify at deposition.     ☐ The deposition will be visually recorded.

☐ 6. Abide by the attached prohibition against transferring or disposing of property. (MCL 600.6104(2), 600.6116 or 600.6119.)

☐ 7. Other: _____

Approved, SCAO
Form MC 11, Rev. 10/24
MCL 600.1455, MCL 600.1701, MCL 600.6104, MCL 600.6110, MCL 600.6116,
MCL 600.6119, MCR 2.002, MCR 2.105, MCR 2.305, MCR 2.315(C)(1),
MCR 2.506
Page 1 of 2

Distribute form to:
Return
Witness
File
Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

SRA

Subpoena, Order to Appear and/or Produce (10/24)
Page 2 of 2

Case Number 25-011082-NO

☐ 8. Person requesting subpoena
Daniel B. Makled (P78777)

Telephone number
313-744-4878

Address
23451 Ford Rd

City
Dearborn

State
MI

Zip
48128

NOTE: If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6, this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination below must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR TO APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

Court use only
☐ Served   ☐ Not served

_____
Judge/Clerk/Attorney signature and date

### AFFIDAVIT FOR JUDGMENT DEBTOR EXAMINATION

I request that the court issue a subpoena that orders the party named on this form to be examined under oath before a judge concerning the money or property of _____

for the following reasons: _____

_____
Signature

Subscribed and sworn to before me on _____
                                       Date

_____
Deputy clerk/Notary public signature

My commission expires on _____

_____
Name (type or print)

Notary public, State of Michigan, County of _____  ☐ Acting in the County of _____
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

## ATTACHMENT TO SUBPOENA

### PLEASE PROVIDE THE FOLLOWING ON THE FOLLOWING SCREEN NAMES:

**BABES123**

**GIRLYPOPSUMMER**

**MAGICQUEEN10**

- Subscriber and account registration information for each of the listed screen names, including:
  - Full legal name
  - Date of birth
  - Gender
  - Email addresses
  - Phone numbers
  - IP addresses used at registration
  - Device identifiers (IMEI, IMSI, UDID, MAC address)
  - Physical address if provided
- All uploaded photographs and selfies associated with account creation, verification, or use, including any metadata.
- All available identifying information captured during selfie or facial verification (including timestamps and location data, if available).
- Login history and IP address logs including:
  - Date and time of login/logout activity
  - IP addresses used
  - Device types and operating systems
- All communication and posting history by the above accounts, including:
  - All posted comments, messages, or public/private content
  - Timestamps of each message or post
  - Screenshots of user profiles (if accessible internally)
- All internal reports or moderation logs involving these usernames, including flagged or reported content.
- All stored direct messages sent or received by these users during the relevant time period.
- Any deleted content or messages associated with these accounts, to the extent available.
- Screenshot-blocking or screen-recording metadata, including any logs or attempts to bypass these features if detected.
- A legend or guide explaining any codes or abbreviations used in the production.

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Daniel B. Makled (P78777)<br>23451 Ford Rd<br>Dearborn, MI 48128<br>TELEPHONE NO.: 313-744-4878   FAX NO.: 313-447-3860<br>E-MAIL ADDRESS: dmakled@makledlaw.com<br>ATTORNEY FOR *(Name)*: Soha Elsayed | SUBP-035<br>FOR COURT USE ONLY |

Court for county in which discovery is to be conducted: Los Angeles County
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: Stanley Mosk Courthouse
MAILING ADDRESS: 111 N. Hill Street
CITY, STATE, AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

Court in which action is pending: Los Angeles County
Name of Court: **STANLEY MOSK COURTHOUSE COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS:
CITY, STATE, AND ZIP CODE: Los Angeles, CA 90012
COUNTRY: USA

PLAINTIFF/PETITIONER: Soha Elsayed
DEFENDANT/RESPONDENT: John Doe

CALIFORNIA CASE NUMBER (if any assigned by court):

**SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS IN ACTION PENDING OUTSIDE CALIFORNIA**

CASE NUMBER (of action pending outside California):
25-011087-NO

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:
Tea Dating Advice, Inc.

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

   To *(name of deposition officer)*: Daniel B. Makled
   On *(date)*: September 4th, 2025   At *(time)*: 12:00 pm
   Location *(address)*: 23451 Ford Rd Dearborn, MI 48128

   **Do not release the requested records to the deposition officer prior to the date and time stated above.**

   a. [x] by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. [ ] by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records must be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows *(if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified)*:

   [ ] Continued on Attachment 3 *(use form MC-025)*.

4. Attorneys of record in this action or parties without attorneys are *(name, address, telephone number, and name of party represented)*:

   [ ] Continued on Attachment 4 *(use form MC-025)*.

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-035 [Rev. January 1, 2012]

**SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS IN ACTION PENDING OUTSIDE CALIFORNIA**

Page 1 of 2
Code of Civil Procedure, §§ 2029.100–2029.900, 2020.410–2020.440;
Government Code, § 68097.1
www.courts.ca.gov

| PLAINTIFF/PETITIONER: Soha Elsayed | SUBP-035 |
|---|---|
| DEFENDANT/RESPONDENT: John Doe | CASE NUMBER (of action pending outside California): 25-011087-NO |

5. If you have been served with this subpoena as a custodian of consumer or employee records under Code of Civil Procedure section 1985.6 *and* a motion to quash or an objection has been served on you, a court order or agreement of the parties, witnesses, and consumer or employee affected must be obtained before you are required to produce consumer or employee records.

6. ☐ Other terms or provisions from out-of-state subpoena, if any *(specify):*

☐ Continued on Attachment 6 *(use form MC-025).*

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF $500 AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:

_____        ▶ _____
(TYPE OR PRINT NAME)                                     (SIGNATURE OF PERSON ISSUING SUBPOENA)

(TITLE)

## PROOF OF SERVICE OF SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS

1. I served this *Subpoena for Production of Business Records In Action Pending Outside California* by personally delivering a copy to the person served as follows:
   a. Person served *(name):*
   b. Address where served:
   c. Date of delivery:          d. Time of delivery:
   e. Witness fees and mileage both ways *(check one):*
      (1) ☐ were paid. Amount: . . . . . . . . . . . . $_____
      (2) ☐ were not paid.
      (3) ☐ were tendered to the witness's public entity employer as required by Government Code section 68097.2. The amount tendered was *(specify):* $_____
   f. Fee for service: . . . . . . . . . . . . . . . . . . . . . . . $_____

2. I received this subpoena for service on *(date):*

3. ☐ I also served a completed *Proof of Service of Notice to Consumer or Employee and Objection* (form SUBP-025) by personally delivering a copy to the person served as described in 1 above.

4. Person serving:
   a. ☐ Not a registered California process server
   b. ☐ California sheriff or marshal
   c. ☐ Registered California process server
   d. ☐ Employee or independent contractor of a registered California process server
   e. ☐ Exempt from registration under Business and Professions Code section 22350(b)
   f. ☐ Registered professional photocopier
   g. ☐ Exempt from registration under Business and Professions Code section 22451
   h. Name, address, telephone number, and, if applicable, county of registration and number:

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:
▶ _____
(SIGNATURE)

(For California sheriff or marshal use only)
**I certify** that the foregoing is true and correct.
Date:
▶ _____
(SIGNATURE)

SUBP-035 [Rev. January 1, 2012] **SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS IN ACTION PENDING OUTSIDE CALIFORNIA**  Page 2 of 2