# EXHIBIT B



Daniel Makled <dmakled@makledlaw.com>

## Follow-Up and Formal Request for Account Information – Soha Elsayed Matter

**Tea Support** <support@teaforwomen.com>  Thu, Jul 24, 2025 at 7:30 AM
To: Daniel Makled <dmakled@makledlaw.com>

Hi Daniel - we will provide the requested documentation within the next week
[Quoted text hidden]