# EXHIBIT C



**Christie T App**

Thu, Jul 31 at 12:29 PM

Hi Christie I received correspondence last week that I would be receiving a response to my subpoena. Nothing has been turned over yet. Please advise.

Hi Mr. Makled,

We will be sending responsive documents in the next few days.

Thank you for your patience!

Best,
Christi

Thu, Jul 31 at 2:46 PM

Ok