# EXHIBIT D



Daniel Makled <dmakled@makledlaw.com>

## Elsayed v. John Doe — Production of Identifiers by 5:00 p.m. ET Today

**Friedman, Cameron** <cfriedman@bakerlaw.com>  Tue, Sep 16, 2025 at 2:20 PM
To: Daniel Makled <dmakled@makledlaw.com>, "Burnquist, Andrew C." <aburnquist@bakerlaw.com>, "Lukitsch, Bethany" <blukitsch@bakerlaw.com>, "Ahmadian, Kamran" <kahmadian@bakerlaw.com>

Daniel,

As I'm sure you can appreciate, Tea needs to ensure that its users' rights are protected. Therefore, it cannot produce non-content information without, at a minimum: (1) a proper subpoena, (2) an articulated prima facie case against any user about whom your client requests information, and (3) a chance to provide the user(s) notice and an opportunity to object on First Amendment (or other) grounds. Depending on the information at issue, we may also need a protective order. Based on our conversations, I understand that your client intends to bring claims against the Tea user with username "MAGICQUEEN10". Tea has checked its records and cannot locate any user with that username.

While I do not believe a detailed rebuttal would be productive, nothing in this email should be construed as agreement with your assertions below and Tea reserves all rights.

Please advise whether the above compromise is acceptable.

Best,

Cameron

**From:** Daniel Makled <dmakled@makledlaw.com>
**Sent:** Tuesday, September 16, 2025 8:48 AM
**To:** Friedman, Cameron <cfriedman@bakerlaw.com>; Burnquist, Andrew C. <aburnquist@bakerlaw.com>; Lukitsch, Bethany <blukitsch@bakerlaw.com>; Ahmadian, Kamran <kahmadian@bakerlaw.com>
**Subject:** Elsayed v. John Doe — Production of Identifiers by 5:00 p.m. ET Today

[External Email: Use caution when clicking on links or opening attachments.]

[Quoted text hidden]

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.