# EXHIBIT E



Daniel Makled <dmakled@makledlaw.com>

---

## Elsayed v. John Doe — Production of Identifiers by 5:00 p.m. ET Today

**Daniel Makled** <dmakled@makledlaw.com>                                       Tue, Sep 16, 2025 at 2:42 PM
To: "Friedman, Cameron" <cfriedman@bakerlaw.com>
Cc: "Burnquist, Andrew C." <aburnquist@bakerlaw.com>, "Lukitsch, Bethany" <blukitsch@bakerlaw.com>, "Ahmadian, Kamran" <kahmadian@bakerlaw.com>

Cameron,

Attached is a screenshot of the post made under the username **MAGICQUEEN10**. This directly contradicts Tea's statement that no such account exists. Further, Tea previously confirmed that it possesses the very records we are seeking.

At this stage, it appears Tea has chosen not to comply with a lawful subpoena and is instead shielding the individuals engaged in defamatory conduct. This suggests a broader pattern of collusion and aiding and abetting—conduct that does not just implicate civil liability, but raises more serious questions about Tea's management and owners.

As you know, the number of individuals impacted by these coordinated accounts extends well beyond my client. That scope naturally invites scrutiny from federal authorities tasked with investigating organized online misconduct, including the FBI.

In addition, I have already been contacted by members of the press—including the Detroit Free Press and Detroit News—regarding these issues. If Tea continues to obstruct, I will have no hesitation escalating this matter in every forum available: legally, regulatorily, and publicly.

You have one final opportunity to confirm production today and avoid unnecessary escalation. Please advise by close of business how and when Tea will comply.

[Quoted text hidden]

---

📄 **IMG_0093.HEIC**
    80K