# EXHIBIT F



Daniel Makled <dmakled@makledlaw.com>

---

## Elsayed v. John Doe — Production of Identifiers by 5:00 p.m. ET Today

**Friedman, Cameron** <cfriedman@bakerlaw.com>  Tue, Sep 16, 2025 at 10:13 PM
To: Daniel Makled <dmakled@makledlaw.com>
Cc: "Burnquist, Andrew C." <aburnquist@bakerlaw.com>, "Lukitsch, Bethany" <blukitsch@bakerlaw.com>, "Ahmadian, Kamran" <kahmadian@bakerlaw.com>

Daniel,

Your repeated threats to escalate beyond litigation are counterproductive. As you acknowledge below, you have not served a "lawful subpoena" on Tea.

Nevertheless, we have offered to work with you and your client to determine what information Tea can provide. Along those lines, we have passed along the picture you provided to the client to see if it assists in their search.

Tea reserves all rights.

[Quoted text hidden]