UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SOHA ELSAYED,<br><br>    Plaintiff(s),<br><br>v.<br><br>TEA DATING ADVICE, INC., et al.,<br><br>    Defendant(s). | Case No. 25-cv-13321<br><br>Honorable Robert J. White |

**STIPULATED ORDER TO DISMISS COUNTS II, IV, VI IN PLAINTIFF'S FIRST AMENDED COMPLAINT**

All Parties in the above referenced matter, by their counsel of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate and agree that Plaintiff Soha Elsayed's 1) Aiding and Abetting Defamation, 2) Tortious Interference with a Prospective Civil Action, and 3) Spoliation/Concealment of Evidence causes of action are dismissed, with prejudice, and with each party to bear its own costs and fees.

This is not a final order and does not close the case.

    SO ORDERED.

Dated: November 13, 2025                  s/Robert J. White
                                                        Robert J. White
                                                        United States District Judge

**STIPULATED TO:**

By: */s/ Katherine Pullen*  
Katherine L. Pullen (P74511)  
Amber J. Krupp (P88317)  
WARNER NORCROSS + JUDD LLP  
2715 Woodward Ave., Ste 300  
Detroit, MI 48201-3030  
313-546-6000  
kpullen@wnj.com  
akrupp@wnj.com  
*Attorneys for Defendant*

*/s/ Daniel B. Makled (with consent)*  
Daniel B. Makled (P78777)  
DAN MAKLED LAW  
23451 Ford Road  
Dearborn, Michigan 48128  
313-744-4878  
dmakld@makledlaw.com  
*Attorneys for Plaintiff*